```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**  //  **CIVIL ACTION NO. 1:17CR32-20**
                               **(Judge Keeley)**

**BRITTANY BROWN,**

      **Defendant.**

## ORDER ADOPTING DRUG COURT REPORT AND RECOMMENDATION [DKT. NO. 1395] AND SCHEDULING SENTENCING HEARING

By Order dated May 15, 2018, the Court referred the defendant's participation in the Northern District of West Virginia Drug Court Program to the Honorable Michael J. Aloi, United States Magistrate Judge (Dkt. No. 1079). In a report and recommendation ("R&R") entered on May 29, 2019, Magistrate Judge Aloi advised that the defendant had successfully completed the District's Drug Court Program and recommended that the defendant appear before the Court for sentencing (Dkt. No. 1395).

Having reviewed the record, for good cause, the Court **ADOPTS** the R&R (Dkt. No. 51), and **SCHEDULES** a sentencing hearing in the matter for **Monday, March 2, 2020**, at **1:30 P.M.**, at the **Clarksburg, West Virginia** point of holding court. Further, it **DIRECTS** the defendant's supervising United States Probation Officer, Jill Henline, to provide a written status report by **February 24, 2020**.

It is so **ORDERED**.

**ORDER ADOPTING DRUG COURT REPORT AND RECOMMENDATION [DKT. NO. 1395] AND SCHEDULING SENTENCING HEARING**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, the United States Probation Office, and the Honorable Michael J. Aloi, United States Magistrate Judge.

DATED: May 30, 2019

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE
